## Wilfredo J. REYES, Appellant,

### v.

## STATE of Missouri, Respondent.

### ED 103326

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: April 19, 2016

Maleaner R. Harvey, 1010 Market Street, Suite 100, St. Louis, MO 63101, for appellant.

Chris Koster, Shaun J. Mackelprang, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

## *ORDER*

PER CURIAM.

Wilfredo Reyes (Movant) appeals from the motion court's judgment denying his motion for post-conviction relief under Mo. R. Crim. P. 29.15 without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court did not clearly err in denying Movant's motion. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2015).